BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H.T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900

Attorneys for Defendant, U.S. Department of Agriculture

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHPAL SINGH GILL, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>          Defendant. | 2:13-CV-356-MCE-KJN<br><br>**STIPULATION AND ORDER FOR FIVE-WEEK INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

   The parties, through their undersigned counsel of record, under L.R. 144, hereby stipulate, subject to the approval of the Court as provided for hereon, that the time for defendant to respond to the complaint be extended for five weeks, from April 22 until May 27, 2013. No previous extension of this time has been sought or granted.

Dated: April 2, 2013                    LAW OFFICE OF EDWARD MISLEH

                                        */s/ D Watts*
                                        DANIEL WATTS
                                        Attorneys for Plaintiffs

Dated: April 2, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ YHimel*
                                        YOSHINORI H. T. HIMEL
                                        Assistant United States Attorney

1

ORDER

Upon the parties' stipulation, the time for defendant to respond to the complaint is EXTENDED until May 27, 2013.

IT IS SO ORDERED.

DATED: April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2