Edward Misleh SBN 273645

615 10th Street

Sacramento, CA 95814

916.443.1267

Attorney for Livingston Grocery

U.S. District Court – Eastern District of California

| | |
|---|---|
| Rashpal Singh Gill and Dalwinder Kaur dba Livingston Grocery,<br><br>Plaintiffs<br><br>v.<br><br>United States Department of Agriculture,<br><br>Defendant. | Case No. 2:13-CV-00356-MCE-KJN<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff RASHPAL GILL AND DALWINDER KAUR DBA LIVINGSTON GROCERY, and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE (hereafter the Parties) by and through their counsel of record, hereby request that the Court dismisses the above-entitled matter, with prejudice.

Dated: December ___, 2013

_____
Edward Misleh
Attorney for Plaintiff

**Livingston Grocery v. USDA**
**STIPULATION OF DISMISSAL**
Page 1

1 | Dated: December ___, 2013

                                                                                      _____
                                                                                      Yoshinori Himel
                                                                                      Attorney for Defendant

## ORDER

Pursuant to the foregoing the court dismisses the entire case with prejudice.

IT IS SO ORDERED.

Dated:  December 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Livingston Grocery v. USDA**
**STIPULATION OF DISMISSAL**